# Order

Michigan Supreme Court
Lansing, Michigan

May 2, 2012

143972

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SILVER STALLION DEVELOPMENT
CORPORATION,
          Plaintiff-Appellant,

v

CITY OF PONTIAC, CLARENCE E. PHILLIPS,
FRED LEEB, and WILLIAMS & WILLIAMS
MARKETING, INC.,
          Defendants-Appellees.
_____/

SC: 143972
COA: 298649
Oakland CC: 2009-105475-CZ

      On order of the Court, the application for leave to appeal the September 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. We further ORDER damages against the plaintiff for this vexatious appeal, and we REMAND this case to the Oakland Circuit Court for determination of the defendants' damages. See MCR 7.316(D)(1), (2). That court shall award actual costs and reasonable attorney fees in favor of the defendants.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

_____
Clerk

p0425